# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DALE & RENEE WILSON, h/w** ) | **Case Number: 3:10-cv-1711** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **OXFORD MANAGEMENT** ) | |
| **SERVICES** ) | |
| ) | |
| **Defendant** ) | |

## <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiffs, DALE and RENEE WILSON, h/w, pursuant to Rule  41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.


BY: _/s/  Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800